No. 75–1502.  ECEE, INC., ET AL. v. FEDERAL POWER COMMISSION.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 75–1853.  BOISE CASCADE CORP. ET AL. v. UNITED STATES.  Ct. Cl.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 75–1871.  GENERAL FOODS CORP. v. UNITED STATES. Ct. Cl.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 75–1533.  CANADA v. UNITED STATES.  C. A. 9th Cir. Motion of Anne Belle Welsh for leave to join in petition for certiorari denied.  Motion to strike brief for respondent and certiorari denied.

No. 75–1545.  KANSAS v. MCCORGARY.  Sup. Ct. Kan. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 75–1616.  ROBINSON, WARDEN v. CHESNEY.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 75–1724.  SUPERIOR COURT OF NEW HAMPSHIRE, ROCKINGHAM COUNTY v. ROYAL.  C. A. 1st Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–1764.  AYTCH, PRISONS SUPERINTENDENT v. WALTON.  Sup. Ct. Pa.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.